Opinion issued August 8, 2017



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-17-00185-CR

_____

**SYLVESTER D. MCFARLAND, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

On Appeal from the 339th District Court
Harris County, Texas
Trial Court Case No. 1348552

## MEMORANDUM OPINION

Appellant Sylvester D. McFarland has filed a motion to dismiss the appeal in compliance with Texas Rule of Appellate Procedure 42.2(a). The State is unopposed. We have not issued a decision in the appeal.

Accordingly, we dismiss the appeal. *See* TEX. R. APP. P. 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Keyes and Massengale.

Do not publish. TEX. R. APP. P. 47.2(b).